AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Quran Rowell

*Defendant*

)
)
) Case No. 15-10248-RGS
)
)
)
)

FILED IN CLERKS OFFICE
2020 JUL 31 AM 10:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Quran Rowell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Supervised release violation.

Date: 04/30/2020

/s/ Timothy R. Maynard
*Issuing officer's signature*

City and state: Boston, Massachusetts

Timothy R. Maynard, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  07-29-2020

*Arresting officer's signature*

*Printed name and title*